EUGENE H. PORTER, as Commissioner of Foods and Markets of the Division of Farms and Markets of the State of New York, Respondent, v. LINDERS, ACKHART & Co., INC., Impleaded with ROYAL INDEMNITY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

In the Matter of Regulating, Grading, etc., and Placing Fences in WHITE PLAINS ROAD from Morris Park Avenue to Northern Boundary Line of City of New York. In the Matter of Application of MICHAEL J. JOYCE, as Administrator, etc., of

MARY H. MURPHY, Deceased, etc., Appellant. THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.